**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

| | |
|---|---|
| **BOBBY W. KING** § | |
| Plaintiff, § | |
| v. § | **CIVIL ACTION NO. 3:17-cv-300** |
| § | |
| **AMERIHOME MORTGAGE** § | |
| **COMPANY, LLC** § | |
| Defendant. § | |

## NOTICE OF REMOVAL

Defendant, AMERIHOME MORTGAGE COMPANY, LLC (hereinafter "Amerihome") hereby removed the state court action described below to this Court pursuant to 28 USC §§ 1332, 1441, and 1446.

## BACKGROUND

1. On August 31, 2017, Plaintiff Bobby W. King ("Plaintiff") filed suit against Amerihome in the 122nd Judicial District Court of Galveston County, Texas, styled *Bobby W. King v. Amerihome Mortgage Company, LLC*, bearing Cause No. 17-CV-1067(the "State Court Action").

2. The action was commenced against Amerihome by service of process consisting of Plaintiff's Original Petition, Application for Injunctive Relief, and Request for Disclosures. Amerihome was served with process on September 21, 2017. This removal is timely because the Notice of Removal is being filed within thirty (30) days of service.

## BASIS FOR REMOVAL – FEDERAL QUESTION

3. Removal is proper because Plaintiff's suit involved a federal question. Specifically, Plaintiff alleges that Amerihome violated the Real Estate Settlement Procedures Act ("RESPA"), 12 C.F.R. §1024, *et seq.* and seeks monetary relief based upon such alleged

violations.[1]  A suit based upon violation of RESPA is, as a matter of law, a federal question. Therefore, this federal District Court has original jurisdiction over this case under the provisions of 28 U.S.C. §§ 1331 and 1441(b).  This Court has supplemental jurisdiction over Plaintiff's state law claims under 28 U.S.C. § 1367.

## VENUE

4. Venue is proper in this district under 28 U.S.C. §1441(a) because this district and division embrace the place in which the removed action has been pending.

## NOTICE

5. Amerihome has provided written notice of the filing of this Notice of Removal to all parties in this action and are filing a copy of this Notice of Removal with the clerk of the state court where the action is pending pursuant to 28 U.S.C. §1446(d).

## DOCUMENTS INCLUDED IN NOTICE OF REMOVAL

6. Pursuant to the Federal Rules of Civil Procedure, the following documents are attached to this Notice.

7. **Exhibit A –** Index of Matters Being Filed

8. **Exhibit B –** Index of State Court's File

9. **Exhibit C –** Counsel of Record

WHEREFORE, PREMISES CONSIDERED, Defendant Amerihome Mortgage Company, LLC prays that this Court take jurisdiction of this action and issue all necessary orders and process to remove this action from the District Court for Galveston County, Texas to the United States District Court for the Southern District of Texas, Galveston Division.

---

[1] *See* Plaintiff's Original Petition, ¶¶ 23-26.

AUS-6426720-1

Respectfully submitted,

HUSCH BLACKWELL, LLP

By: */s/ Sabrina A. Neff*
Sabrina A. Neff
TBN# 24065813
1800 Bering Dr., Suite 750
Houston, Texas 77057
(713) 647-6800 – Telephone
(713) 647-6884 – Facsimile
sabrina.neff@huschblackwell.com

ATTORNEYS FOR
AMERIHOME MORTGAGE COMPANY, LLC

OF COUNSEL

HUSCH BLACKWELL, LLP
1800 Bering Dr., Suite 750
Houston, Texas 77057
(713) 647-6800 – Telephone
(713) 647-6884 – Facsimile

## CERTIFICATE OF SERVICE

A copy of the foregoing Notice of Removal has been served upon the following on this the 9th day of October 2017:

> Robert C. Vilt             *Via email:clay@viltlaw.com*
> Erick Delarue            *Via email:erick@viltlaw.com*
> VILT AND ASSOCIATES, P.C.
> 5177 Richmond Ave., Suite 1142
> Houston, TX 77056
> *Counsel for Plaintiff*

By: */s/ Sabrina A. Neff*
Sabrina A. Neff

AUS-6426720-1